

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT TO SEARCH THE THREE CELLULAR TELEPHONES LOCATED AT THE SALISBURY MARYLAND POLICE DEPARTMENT | Case No. 19-662-SAG |

### AFFIDAVIT IN SUPPORT OF A
### SEARCH AND SEIZURE WARRANT

I, Special Agent ("SA") Arnold Esposito Jr., of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) being duly sworn, depose and state as follows:

### I. ITEMS TO BE SEARCHED

1. This is an affidavit in support of a search warrant authorizing the search of the following described more fully in Attachment A:

- **SUBJECT ELECTRONIC DEVICE 1:** One Samsung cellular phone, Model SM-G550T1, SW: G550T1UVU1APF1, FCC ID: A3LSMG550T, unknown serial number.

- **SUBJECT ELECTRONIC DEVICE 2:** One ANS cellular phone, Model UL40, MEID HEX: 99000090559244, MEID DEC: 256691419205608004, FCC ID: 2ALZM-UL40, unknown serial number.

- **SUBJECT ELECTRONIC DEVICE 3:** One LG cellular phone, Model LS676, Serial Number: 711CYLH3091128; collectively, "SUBJECT ELECTRONIC DEVICES".

2. Based on the facts set forth in this affidavit, I respectfully submit that there is probable cause to believe that there is presently concealed within **SUBJECT ELECTRONIC DEVICES** evidence (described more fully in Attachment B) of possession of firearms and ammunition in violation of 18 U.S.C. § 922(g).

3. I have personal knowledge of this investigation through my actual participation, as well as reports written by officers of the Salisbury Police Department (SPD) in Salisbury, Maryland that I reviewed; I also spoke directly with officers involved in this arrest. Since this affidavit is being submitted for the limited purpose of establishing probable cause for a search warrant, I have not included every detail of every aspect of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause. I have not, however, excluded any information known to me that would defeat a determination of probable cause. All conversations and statements described in this affidavit are related in substance and in part unless otherwise indicated.

## II. YOUR AFFIANT AND EXPERTISE

4. I have been an SA employed with the ATF since January 2015. I am currently assigned to the Baltimore Field Division, Hyattsville-I field office, which is comprised of ATF agents and detectives from multiple jurisdictions throughout Maryland. I have participated in numerous investigations focusing on controlled dangerous substance (CDS) trafficking, gangs, firearms trafficking, and illegal firearms possession. I have conducted covert surveillance of suspected CDS and/or firearms traffickers. I have interviewed individuals suspected of being involved in gangs, CDS trafficking, illegal firearms possession, and firearms trafficking. I have participated in two Title III wiretap investigations as a monitor and member of surveillance teams. I have participated in the execution of multiple state and federal search warrants and arrest operations involving CDS traffickers and violent offenders. I have participated in operations that have resulted in seizures of CDS, currency, firearms, and vehicles. As a result, I have learned various methods employed by people who illegally possess and/or traffic firearms.



5. Based on my knowledge and experience, individuals involved with illegal firearms possession frequently use cellular telephones in furtherance of their illegal activities. In addition, I know that individuals engaging in illegal firearms possession often use cellular phones to obtain and/or dispose of firearms. These individuals often send messages and/or photographs of firearms to other individuals in furtherance of such activity. Also, individuals who are prohibited from legally purchasing firearms sometimes attempt to obtain firearms from associates who can otherwise access, obtain, or purchase firearms. Such communication and attempts can be documented and stored on cellular phones in the form of call logs, voicemails, text messages, and photographs between the prohibited person and their source of firearms. These various forms of communication can remain on cellular phones for extended periods.

### III. **PROBABLE CAUSE**

6. On September 16, 2018, at approximately 2:35 AM, SPD officers responded to 600 W. Railroad Avenue, Salisbury, Maryland to investigate a noise complaint. The officers observed multiple individuals walk away from the surrounding area as the officers pulled up to the building. Shortly thereafter, the officers observed an abandoned backpack located outside of 600 W. Railroad Avenue. They opened the backpack in an attempt to ascertain the rightful owner of the backpack. Inside the backpack officers found a loaded Smith & Wesson revolver, court documents addressed to Bryan SIVELLS, and **SUBJECT ELECTRONIC DEVICE 1**.

7. The officers reviewed a video recording obtained by a SPD video camera erected near 600 W. Railroad Avenue. The recording revealed that a black male wearing a white shirt was in possession of a backpack shortly before police arrived to the area. The officers immediately recognized the individual with the backpack as SIVELLS due to encountering SIVELLS on previous occasions.

8. Officer Doyle obtained an arrest warrant authorizing the arrest of SIVELLS for possession of handgun in violation of state law on September 16, 2018.

9. On September 17, 2018, SPD officers arrested SIVELLS inside 401 Elizabeth Street, Apartment B, Salisbury, Maryland. Officer Doyle advised SIVELLS that he was under arrest and instructed SIVELLS to retrieve whatever belongings he thought he needed. Officer Doyle then observed SIVELLS retrieve **SUBJECT ELECTRONIC DEVICE 2** and **SUBJECT ELECTRONIC DEVICE 3** located on a table adjacent to where SIVELLS was located within the residence.

10. I examined the previously mentioned handgun recovered by SPD. I determined the handgun was manufactured in Massachusetts. Therefore, the handgun traveled in interstate commerce prior to its recovery in Salisbury, Maryland. I also determined that the handgun is a "firearm" as defined in Title 18 U.S.C. § 921(a)(3).

11. I obtained court documents from Baltimore City Circuit Court showing that SIVELLS plead guilty to the charge of Attempted 2nd Degree Murder on October 7, 1999 (Baltimore City Circuit Court Case Number 199154065). Therefore, SIVELLS has been convicted of at least one crime punishable by more than one year in prison prior to the events of September 16, 2018 in Salisbury, Maryland. SIVELLS is therefore prohibited from possessing a firearm pursuant to 18 U.S.C. § 922(g).

## IV. <u>CONCLUSION</u>

12. Based upon the information set forth in this affidavit, I respectfully submit that sufficient probable cause exists to believe **SUBJECT ELECTRONIC DEVICES** contain evidence that SIVELLS engaged in illegal firearms possession in violation of 18 U.S.C. § 922(g).

13. WHEREFORE, in consideration of the facts presented, I respectfully request that this Court issue search warrants for **SUBJECT ELECTRONIC DEVICE**, as further described in Attachment A, and authorize the search for items and information described in Attachment B that constitute evidence of violations of 18 U.S.C. § 922(g).

*[signature]*
Arnold Esposito Jr.
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me this 21st day of February, 2019.

*[signature]*
The Honorable Stephanie A. Gallagher
United States Magistrate Judge

FILED ___ ENTERED
LOGGED ___ RECEIVED
MAR 07 2019
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY